AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____  DISTRICT OF __NEVADA__

WILLIAM J. CUNDIFF,

       Petitioner,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:11-CV-00408-RCJ-VPC**

WARDEN, et al.,

       Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE IN ITS ENTIRETY.   FURTHER ORDERED that petitioner is DENIED a certificate of appealability.


_June 7, 2012_         **LANCE S. WILSON**
       Clerk

       _/s/  M. Campbell_
       Deputy Clerk